B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ATI Acquisition Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**68-0567073** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY**      ZIP Code **10022** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [■] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [■] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
[■] 1-49  [ ] 50-99  [ ] 100-199  [ ] 200-999  [ ] 1,000-5,000  [ ] 5,001-10,000  [ ] 10,001-25,000  [ ] 25,001-50,000  [ ] 50,001-100,000  [ ] OVER 100,000

Estimated Assets
[■] $0 to $50,000  [ ] $50,001 to $100,000  [ ] $100,001 to $500,000  [ ] $500,001 to $1 million  [ ] $1,000,001 to $10 million  [ ] $10,000,001 to $50 million  [ ] $50,000,001 to $100 million  [ ] $100,000,001 to $500 million  [ ] $500,000,001 to $1 billion  [ ] More than $1 billion

Estimated Liabilities
[ ] $0 to $50,000  [ ] $50,001 to $100,000  [ ] $100,001 to $500,000  [ ] $500,001 to $1 million  [ ] $1,000,001 to $10 million  [ ] $10,000,001 to $50 million  [ ] $50,000,001 to $100 million  [■] $100,000,001 to $500 million  [ ] $500,000,001 to $1 billion  [ ] More than $1 billion

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **ATI Acquisition Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **See Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ATI Acquisition Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)
**William E. Chipman, Jr. (No. 3818)**
Printed Name of Attorney for Debtor(s)
**Cousins Chipman & Brown, LLP**
Firm Name
**1007 N Orange Street
Suite 1100
Wilmington, DE 19801**
Address

**302-295-0191**
Telephone Number

_1-21-14_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
**Michael F. Gries**
Printed Name of Authorized Individual
**Interim Chief Executive Officer**
Title of Authorized Individual
_1-21-2014_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ATI ACQUISITION COMPANY – SCHEDULE I – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "**Debtors**"), that have filed voluntary petitions for relief in this Court under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "**Bankruptcy Code**"), substantially contemporaneously with the filing of this petition.

1. Ability Intermediate Holdings, Inc.
2. ATI Acquisition Company
3. ATI Enterprises, Inc.
4. ATI Enterprises of Florida, Inc.
5. E&K Vocational Nursing Program, Inc.

## WRITTEN CONSENT OF THE DIRECTORS OF
## ATI ACQUISITION COMPANY

The undersigned, being all of the members of the Board of Directors (the "Board") of ATI Acquisition Company, a Delaware corporation (the "Company"), waive the notice, calling and holding of a meeting of the Board, and in lieu of such a meeting, in accordance with Section 141(f) of the General Corporation Law of the State of Delaware, do hereby consent to, adopt, authorize and approve the following resolutions and the actions specified therein, and direct that this Written Consent be filed with the minutes of the proceedings of the Board:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that the members of the Board, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") are, and each hereby is, authorized, empowered and directed to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Cousins Chipman & Brown, LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

2

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

_____
Michael F. Gries


**Dated: January 21, 2014**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ATI ACQUISITION COMPANY, | Case No. 14-_____ (___) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO
## RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, ATI Acquisition Company (the "**Debtor**"), as debtor in this Chapter 7 case, hereby represents that the following entity directly owns 10% or more of the Debtor's equity interests:

- Ability Intermediate Holdings, Inc. – 100%

Dated: January 21, 2014         ATI ACQUISITION COMPANY

By: _____
Michael F. Gries
Interim Chief Executive Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ABILITY INTERMEDIATE HOLDINGS, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>ATI ACQUISITION COMPANY,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>ATI ENTERPSIES, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>ATI ENTERPRISES OF FLORIDA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |
| In re:<br><br>E&K VOCATIONAL NURSING PROGRAM, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-_____ (    ) |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Cousins Chipman & Brown, LLP ("**CCB**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petitions of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with these bankruptcy cases is as follows:

    For legal services, CCB agreed to accept      $120,000.00[1]

---

[1] Prior to the Petition Date and pursuant to a written engagement agreement, on October 22, 2013, the Firm received a $120,000.00 retainer (the "**Retainer**") from ATI Acquisition Company. The Retainer was to secure the payment of fees for legal services rendered and expenses incurred by the Firm on behalf of the Debtors prior to the Petition Date. Prior to the Petition Date, the Firm applied the Retainer to its prepetition fees and expenses in full.

Prior to the filing of this statement, CCB received ..................................................$120,000.00[1]

Balance Due ..................................................................................................................$0.00[1]

2.     The source of the compensation paid to the Firm was:

■ Debtor     ☐ Other (Specify)

3.     The source of compensation to be paid to the Firm was:

■ Debtor     ☐ Other (Specify)

4.     ■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy case until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

    a.     advise in connection with the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

    b.     representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

    c.     representation of the Debtors as may otherwise be required to advise the Debtors regarding their rights and responsibilities as debtors under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

6.     By agreement with the Debtors, the above-disclosed fee does not include the following services:

> The Firm has been retained solely to serve as bankruptcy counsel to the Debtors until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code. The Firm's legal services do not include appearances before any court or agency, other than the Bankruptcy Court, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside of the

insolvency area, unless the Firm agrees to represent the Debtors in such matters. In this regard, the Firm will not provide advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal or other non-bankruptcy or non-debtor/creditor specialties of the law.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated:  January 21, 2014
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 468-4595
Facsimile:   (302) 295-0199
Email:        chipman@ccbllp.com
              olivere@ccbllp.com

*Counsel to the Debtors*

3

# United States Bankruptcy Court
## District of Delaware

In re: **ATI Acquisition Company**
Debtor(s)

Case No. _____
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 1-21-2014

_____
**Michael F. Gries/Interim Chief Executive Officer**
Signer/Title

ATI ACQUISITION COMPANY
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

A-1 COMMERCIAL CLEANING LLC
3415 HUNTERS STAND
SAN ANTONIO, TX 78230

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

ABILITY HOLDINGS, INC.
C/O CDG GROUP LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ACTION SHRED OF TEXAS LLC
2835 CONGRESSMAN LANE
DALLAS, TX 75220

AEROTEK INC.
3689 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

ALLMARK IMPRESSIONS, LTD.
P.O. BOX 7575
823 NORTH RIVERSIDE DRIVE
FORT WORTH, TX 76111-0575

ALMICH & ASSOCIATES
26463 RANCHO PARKWAY SOUTH
LAKE FOREST, CA 92630

ANDREWS BARTH & HARRISON PC
8235 DOUGLAS AVENUE
SUITE 1120
DALLAS, TX 75225-6011

ATI ENTERPRISES OF FLORIDA, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATI ENTERPRISES, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATMOS ENERGY
P.O. BOX 790311
SAINT LOUIS, MO 63179-0311

AUTONOMY, INC.
P.O. BOX 8374
PASADENA, CA 91109-8374

AVIS RENT A CAR
7876 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0078

BELLWETHER SOFTWARE LLC
9900 SHELBYVILLE ROAD
SUITE 6B
LOUISVILLE, KY 40223

BENEKE FINANCIAL GROUP, INC.
11003 WHISPERING WIND
SUITE A
SAN ANTONIO, TX 78230

BERENBAUM WEINSHIENK PC
REPUBLIC PLAZA
370 17TH STREET
SUITE 4800
DENVER, CO 80202-5693

BERGER SINGERMAN LLP
350 EAST LAS OLAS BOULEVARD
SUITE 1000
FORT LAUDERDALE, FL 33301

BMC SOFTWARE INC.
P.O. BOX 933754
NUMARA DIVISION
ATLANTA, GA 31193

BROADSPIRE SERVICES, INC.
ATTN: 186-346944
8827 WEST SAM HOUSTON PARKN
#110
HOUSTON, TX 77040

CAMPUS LOGIC, INC.
1325 NORTH FIESTA BOULEVARD
SUITE 103
GILBERT, AZ 85233

CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

CIRRO ENERGY
P.O. BOX 660004
DALLAS, TX 75266-0004

CITY OF NORTH RICHLAND HILL
P.O. BOX 840552
DALLAS, TX 75284-0552

CLEARPOINTE TECHNOLOGY INC
P.O. BOX 24810
LITTLE ROCK, AR 72221-4810

CONCUR TECHNOLOGIES, INC.
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693

CT CORPORATION SYSTEM
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

CURRICULUM TECHNOLOGY LLC
3520 SEAGATE WAY
SUITE 115
OCEANSIDE, CA 92056

DELAWARE SECRETARY OF STA
DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMTON, NY 13902-5509

DLA PIPER LLP (US)
P.O. BOX 75190
BALTIMORE, MD 21275

DOW LOHNES PPC
1200 NEW HAMPSHIRE AVENUE NW
#800
WASHINGTON, DC 20036-6802

DOWNING STREET
COMMUNICATIONS LLC
14041 BLUE RIVER TRAIL
BROOMFIELD, CO 80033

DUANE MORRIS LLP
ATTN: PAYMENT PROCESS
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

E&K VOCATIONAL NURSING
PROGRAM, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

EATON & WOLK PL
ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BOULEVARD
SUITE 3100
MIAMI, FL 33131

ECLIPSE & CO. TROPHIES &
AWARDS
7920 CAMP BOWIE BOULEVARD WEST
FORT WORTH, TX 76116

ECMC SOLUTIONS CORPORATION
P.O. BOX 65826
SAINT PAUL, MN 55165-0826

EDEXPERTS
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

EDUCATIONAL COMPUTER
SYSTEMS, INC.
181 MONTOUR RUN ROAD
CORAOPOLIS, PA 15108

EFAX CORPORATE
J2 GLOBAL - ATTN: BETTY JUNG
6922 HOLLYWOOD BOULEVARD
#500
LOS ANGELES, CA 90028

ELISE SCANLON LAW GROUP
1501 M STREET
NW 7TH FLOOR
WASHINGTON, DC 20005

ELLIOTT ELECTRIC SUPPLY
P.O. BOX 630610
NACOGDOCHES, TX 75963-0610

FARNAM STREET FINANCIAL, INC.
240 PONDVIEW PLAZA
5850 OPUS PARKWAY
MINNETONKA, MN 55343

FENTON, LLC
P.O. BOX 203181
DALLAS, TX 75320-3181

FERGUSON HEATING & COOLING
P.O. BOX 847411
DALLAS, TX 75284-7411

FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSE, FL 32390-0100

FOGLE & ASSOCIATES, LLC
200 SWINDERMAN ROAD
WEXFORD, PA 15090

FORCE ONE SECURITY SOLUTIONS,
LLC
2175 MANANA DRIVE
DALLAS, TX 75220

GLOBAL CROSSING CONFERENCING
P.O. BOX 790407
SAINT LOUIS, MO 63179-0407

GOLDMAN SACHS CREDIT PARTNERS
1 NEW YORK PLAZA
NEW YORK, NY 10004

HAMPTON INN & SUITES
3000 NORTH EXPRESSWAY
BROWNSVILLE, TX 78526

HART INVESTIGATIONS, INC.
P.O. BOX 1401
MANSFIELD, OH 44901

HOMERBONNER
1200 FOUR SEASONS TOWER
1441 BRICKELL AVENUE
MIAMA, FL 33113

HYATT PLACE FORTH WORTH/HU
ATTN: MIKE GLEESON
1601 HURST TOWN CENTER DRIV
HURST, TX 76054

HYATT PLACE OKC-NW
1511 N.W. EXPRESSWAY
OKLAHOMA CITY, OK 73118

IRON MOUNTAIN
P.O. BOX 915004
DALLAS, TX 75391-5004

JOSEPH, MANN & CREED
2600 CHARGRIN BOULEVARD
SUITE 550
SHAKER HEIGHTS, OH 44122

KFORCE INC. AND SUBSIDIARIES
P.O. BOX 277997
ATLANTA, GA 30384-7997

KURZ GROUP, INC.
8333 DOUGLAS AVENUE
NO. 1370 LB21
DALLAS, TX 75225

LA QUINTA INN & SUITES HOUSTON
930 NORMANDY STREET
HOUSTON, TX 77015

LATHAM & WATKINS, LLP
P.O. BOX 894256
LOS ANGELES, CA 90189-4256

LEARNING EXPRESS, LLC
2 RECTOR STREET
26TH FLOOR
NEW YORK, NY 10006

LEXISNEXIS RISK DATA
MANAGEMENT INC.
P.O. BOX 7247-6157
PHILADELPHIA, PA 19170-6157

LOCKE SUPPLY
P.O. BOX 24980
OKLAHOMA CITY, OK 73124-0980

LUCAS FINANCIAL STAFFING INC.
BOX 406672
6000 FELDWOOD ROAD
COLLEGE PARK, GA 30349

LYNN TILLOTSON PINKER & COX,
LLP
2100 ROSS AVENUE
SUITE 2700
DALLAS, TX 75201

MARTIN & SONS LOCKSMITH INC.
2234 A WEST PARK ROW
ARLINGTON, TX 76013

MAXKNOWLEDGE, INC.
3943 IRVINE BOULEVARD, #262
IRVINE, CA 92602

MPACT GROUP, INC.
4555 BROADVIEW COURT
CASTLE ROCK, CO 80109

NATIONAL WHOLESALE SUPPLY, INC.
P.O. BOX 54007
DALLAS, TX 75354

NORTH RICHLAND HILLS UTILITY
BILLING DEPARTMENT
P.O. BOX 961092
FORT WORTH, TX 76161-0092

NORTON NORRIS, INC.
55 EAST JACKSON BOULEVARD
SUITE 950
CHICAGO, IL 60604

OFFICE DEPOT, INC.
P.O. BOX 88040
CHICAGO, IL 60680-1040

OFFICEPARTNERS360, INC.
29 OLD WAGON ROAD
RIDGEFIELD, CT 06877

ONESOURCE WATER
1060 NORTH CAPITAL AVENUE
SUITE E230
INDIANAPOLIS, IN 46204

PAULA'S FLOWERS & GIFT, ETC.
512 WASHINGTON
P.O. BOX 155
RYAN, OK 73565

PAYSCALE, INC.
P.O. BOX 674480
DETROIT, MI 48267-4480

PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES INC.
P.O. BOX 856390
LOUISVILLE, KY 40285-6390

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

POWERS PYLES SUTTER & VERP
1501 M STREET, NW
7TH FLOOR
WASHINGTON, DC 20005

PRICEWATERHOUSECOOPERS
P.O. BOX 952282
DALLAS, TX 75395-2282

RAVE WIRELESS, INC.
50 SPEEN STREET
SUITE 301
FRAMINGHAM, MA 01701

REDMAN DISPUTES &
INVESTIGATIONS
GROUP
57 PALOMA DRIVE
CORTE MADERA, CA 94925

RODEY DICKASON SLOAN AKIN
AND ROBB P.A.
P.O. BOX 1888
ALBUQUERQUE, NM 87103-1888

ROPES & GRAY, LLP
P.O. BOX 414265
BOSTON, MA 02241-4265

ROYAL BANK OF CANADA, AS
AGENT
4TH FLOOR, 20 KING STREET WE
TORONTO, ONTARIO M5H 1C4

SAM'S CLUB DIRECT #1409
P.O. BOX 530930
ATLANTA, GA 30353-0930

SECURITY SOLUTIONS OF DFW
SOLOMON EDWARDS GROUP, LLC
P.O. BOX 91053
ROCHESTER, NY 14692-9153

SPRINGHILL SUITES BY MARRIOTT
7370 NORTH ZANJERO BOULEVARD
GLENDALE, AZ 85305

STERLING INFOSYSTEMS INC.
P.O. BOX 35626
NEWARK, NJ 07193-5626

STIFEL, NICOLAUS & COMPANY INC.
ONE FINANCIAL PLAZA
501 NORTH BROADWAY
SAINT LOUIS, MO 63102

STROOCK STROOCK LAVAN LLP
180 MAIDEN LANE
NEW YORK, NY 10038-4982

SUN LIFE FINANCIAL
P.O. BOX 7247-7184
PHILADELPHIA, PA 19170-7184

SUNRISE CREDIT SERVICES INC.
260 AIRPORT PLAZA
FARMINGDALE, NY 11735

TARRANT COUNTY
ATTN: RON WRIGHT, TAX ASSESSOR
100 EAST WEATHERFORD
FORT WORTH, TX 76196-0001

THE WHITNEY SMITH COMPANY, INC.
301 COMMERCE STREET
SUITE 1950
FORT WORTH, TX 76102

TIGER DIRECT
P.O. BOX 935313
ATLANTA, GA 31193-5313

U-HAUL INTERNATIONAL
P.O. BOX 52128
PHOENIX, AZ 85072-2128

U.S. DEPARTMENT OF JUSTICE
F/B/O U.S. DEPARTMENT OF EDUCATION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

WEIL, GOTSHAL, MANGES, LLP
P.O. BOX 9640
UNIONDALE, NY 11555-9640

WILLIAMS & CONNOLLY LLP
ATTN: GERSON ZWEIFACH
725 TWELFTH STREET, N.W.
WASHINGTON, DC 20005-5901

WILMINGTON TRUST
P.O. BOX 8955
FEES & PAYMENTS UNIT
WILMINGTON, DE 19899-8955

WORKPLACE ANSWERS, LLC
DEPARTMENT 2268
P.O. BOX 122268
DALLAS, TX 75312-2268

XEROX CORPORATION
P.O. BOX 827598
PHILADELPHIA, PA 19182-7598

CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

JPMORGAN CHASE BANK, N.A.
P.O. BOX 6076
NEWARK, DE 19714-6076

ROYAL BANK OF CANADA
NEW YORK BRANCH
ONE LIBERTY PLAZA
4TH FLOOR
NEW YORK, NY 10006-1404

DEBRA FOSTER, A/P MANAGER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

DEBRA FOSTER, A/P MANAGER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

SAM LIN, CONTROLLER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

SAM LIN, CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
6331 BOULEVARD 26
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
8701 BEDFORD-EULESS
SUITE 400
HURST, TX 76053

LYNDA SKINNER
DIRECTOR, TREASURY
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYNDA SKINNER
DIRECTOR, TREASURY
8701 BEDFORD-EULESS ROAD
SUITE 400
NORTH RICHLAND HILLS, TX 76180

SEAN KERRIGAN, CFO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ELVA RUTLIDGE
STAFF ACCOUNTANT
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ANGELA EMERT
ASSISTANT CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

WILLIAM MCMANUS, INTERIM CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

CHERI KINDER
VICE PRESIDENT-CORP. CONT.
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYDIA CACDAC
SENIOR ACCOUNTANT
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

APRIL BROWNING
MANAGER - ACCOUNTING
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LAMPHUNG NGO-BURNS, CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

JOSEPH FILAR, CONTROLLER
STVT-AAI EDUCATION, INC.
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

MICHAEL F. GRIES
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

MICHAEL ZAWISKY, COO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053