**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ABILITY INTERMEDIATE HOLDINGS, INC. | Case No. 14-10104 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| ATI ACQUISITION COMPANY, | Case No. 14-10105 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| ATI ENTERPRISES, INC., | Case No. 14-10106 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| ATI ENTERPRISES OF FLORIDA, INC., | Case No. 14-10107 (    ) |
| Debtor | |
| In re: | Chapter 7 |
| E&K VOCATIONAL NURSING PROGRAM, INC., | Case No. 14-10108 (    ) |
| Debtor | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING
DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**" and together with the Schedules, the "**Bankruptcy Schedules**") of E & K Vocational Nursing Program, Inc. ("**E&K**") and ATI Enterprises, Inc. ("**ATI**", and together with E&K, the "**DNI Companies**"), ATI Enterprises of Florida, Inc. ("**ATI FL**"), ATI Acquisition Company ("**Acquisition**") and Ability Intermediate Holdings, Inc. ("**Ability**", and collectively, the "**Debtors**" or the "**Company**") have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited. The information provided herein, except as otherwise noted, is as of the close of business on January 20, 2014. While the Debtors'

management has made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist. Moreover, because the Bankruptcy Schedules contain information relating to the Company for which the Debtors' management has little information, there can be no assurance that these Bankruptcy Schedules are complete or accurate. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the **"Global Notes"**) comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

    1. On May 30, 2013, at a publically noticed foreclosure sale pursuant to Section 9-610 of the New York Uniform Commercial Code (the **"Foreclosure Sale"**), Royal Bank of Canada (**"RBC"**), as collateral agent, on behalf of certain lenders to the Company, made the winning offer on the assets that were being sold, including, without limitation, substantially all of the assets and Claims (as defined in the APA) of the Company, including the right to designate the transfer of some or all of the Acquired Assets (as defined in the APA). The winning bid at the Foreclosure Sale was a credit bid by RBC (in its capacity as collateral agent for certain lenders) in the amount of $40,000,000 plus the assumption of certain liabilities.

    2. As a result of the Foreclosure Sale, the Company, RBC (in its capacity as collateral agent for certain lenders), RBC (in its capacity as a bidder) and STVT-AAI Education Inc., a Texas Corporation (the **"Designator"**), entered into that certain Asset Purchase Agreement dated as of May 30, 2013 (the **"APA"**).

    3. As of June 1, 2013, Designator and the Company entered into a transition services agreement (the **"TSA"**) to provide mutual services and assistance in connection with the transactions contemplated in the APA, all as more fully set forth in the TSA. In particular, during the period between the Foreclosure Sale and the consummation of the transactions contemplated in the APA, the Company agreed to provide to the Designator such assistance and services as reasonably necessary or appropriate for the operation of the business associated with the assets to be transferred to Designator. Similarly, during the period after consummation of the transactions contemplated in the APA, Designator agreed to provide the Company such assistance and services as reasonably necessary or appropriate to facilitate the continued operation by the Company of the business associated with those assets not transferred to Designator and/or the wind-down and liquidation of the Company.

    4. Pursuant to the APA, Designator received the right to require the Company to transfer all right, title and interest in, to and under all of the Acquired Assets (as defined in the APA) including, without limitation, the assets of the DNI Companies used in connection with the operation of the vocational nursing school operated under the name Dallas Nursing Institute located at 12170 Abrams Rd., #200, Dallas, TX 75243 (the **"School"**) to one or more persons or entities designated by Designator. Additionally, all books and records of the Company were transferred to Designator pursuant to the TSA.

    5. On October 22, 2013, the DNI Companies, Designator and TCS Education – Texas, Inc., a Texas nonprofit corporation (**"Designee"**) entered into that certain Asset Transfer

Agreement (the "**Transfer Agreement**"), pursuant to which (a) Designator designated Designee to acquire certain assets (the "**Transferred Assets**"), and (b) Designee acquired and accepted from the DNI Companies, all of the DNI Companies' right, title and interest in, to and under the Transferred Assets. Pursuant to the Foreclosure Sale and Part 6 of Article 9 of the UCC, the Transferred Assets were acquired by Designee free and clear of any and all Liens (as defined in the Transfer Agreement) other than Permitted Liens (as defined in the Transfer Agreement). Effective December 6, 2013, Designee took ownership of the Transferred Assets.

6.    The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

7.    The preparation of the Bankruptcy Schedules requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities at the date of the Bankruptcy Schedules and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

8.    Some of the Debtors' scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Bankruptcy Schedules do not accurately reflect the aggregate amount of the Debtors' liabilities.

9.    The Debtors reserve the right to change the attribution of liability from a particular Debtor to another to the extent additional information becomes available and amend the Bankruptcy Schedules without notice as applicable.

10.    Given the differences between the information requested in the Bankruptcy Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Bankruptcy Schedules do not reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

11.    The Debtors have excluded certain categories of assets and liabilities from the Bankruptcy Schedules, such as employee benefit accruals, post-retirement benefits, students and/or customers that may have claims against the Debtors, deferred taxes and deferred gains. Other immaterial assets and liabilities also may have been excluded.

12.    It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, unless otherwise indicated, net book values, rather than current market values, of the Debtors' interests in property are reflected on the applicable Bankruptcy Schedules. As applicable, assets that have been fully depreciated or were expensed

for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of January 20, 2014.

13.     Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Bankruptcy Schedules shall be deemed a modification or interpretation of the terms of such agreements.

14.     The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. To the best of the Debtors' knowledge, any such counterparties should be listed on Schedule F.

15.     In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors. These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and cash discounts. Certain of these credits are subject to change. Vendor claims are listed at the amounts entered on the Debtors' books and records, which may reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits and allowances.

16.     For purposes of the Schedules, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable. No claims have been scheduled for a Debtor that may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a party.

17.     While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business,

such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

18. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

19. The Debtors reserve all of their rights with respect to causes of action they may have, and neither these Global Notes nor the Bankruptcy Schedules shall be deemed a waiver of any such causes of action. Furthermore, nothing contained in the Bankruptcy Schedules shall constitute a waiver of rights with respect to these Chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

20. In the circumstances where the Bankruptcy Schedules require information regarding insiders and/or officers and directors, included herein are each Debtor's (a) directors (or persons in similar positions) and (b) employees. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

21. For purposes of SOFA question 3, outstanding amounts owed to such recipients of payments are listed in the Schedules.

22. For purposes of SOFA question 9, all payments made on behalf of each of the Debtors for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of these cases have not been expressly allocated to each Debtor.

23.     The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their agents, attorneys and financial advisors be liable or to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Delaware

In re   **ATI Acquisition Company**                 ,     Case No.   **14-10105**

                          Debtor          Chapter         **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 257,481,154.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 102,356,055.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 359,837,210.56 | |

B6A (Official Form 6A) (12/07)

In re   **ATI Acquisition Company**                                     ,        Case No.   **14-10105**

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **ATI Acquisition Company**                                          ,   Case No. __**14-10105**__
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ATI Acquisition Company**                  Case No.    **14-10105**

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Interest in ATI Enterprises, Inc. | - | 0.00 |
| | | 100% Interest in ATI Enterprises of Florida, Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **ATI Acquisition Company**               ,      Case No.   **14-10105**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **ATI Acquisition Company**                            Case No.    **14-10105**

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Royal Bank of Canada, as Agent<br>4th Floor, 20 King Street West<br>Toronto, Ontario M5H 1C4** | - | | | | **December 30, 2009 Credit and Guaranty Agreement** | | | | | |
| | | | | | Value $            **0.00** | | | | **253,681,154.99** | **253,681,154.99** |
| Account No.<br><br>**U.S. Department of Justice<br>f/b/o U.S. Department of Education<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001** | - | | | | **Letter of Credit** | | | | | |
| | | | | | Value $            **0.00** | | | | **3,800,000.00** | **3,800,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

  **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | **257,481,154.99** | **257,481,154.99** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **257,481,154.99** | **257,481,154.99** |

B6E (Official Form 6E) (4/13)

In re    **ATI Acquisition Company**                                         Case No.    **14-10105**
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **ATI Acquisition Company**                                    Case No.    **14-10105**
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **A-1 Commercial Cleaning LLC** **3415 Hunters Stand** **San Antonio, TX 78230** | - | | | | | | 7,813.09 |
| Account No. | | | | | | | |
| **Ability Holdings, Inc.** **c/o BC Partners** **667 Madison Avenue** **New York, NY 10065** | - | | | | | | 2,656,031.00 |
| Account No. | | | | | | | |
| **Action Shred of Texas LLC** **2835 Congressman Lane** **Dallas, TX 75220** | - | | | | | | 600.00 |
| Account No. | | | | | | | |
| **Aerotek Inc.** **3689 Collection Center Drive** **Chicago, IL 60693** | - | | | | | | 4,669.20 |
| __19__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 2,669,113.29 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Acquisition Company** _____ ,   Case No. ___**14-10105**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allmark Impressions, Ltd.**<br>**P.O. Box 7575**<br>**823 North Riverside Drive**<br>**Fort Worth, TX 76111-0575** | - | | | | | | 72.31 |
| Account No. <br><br>**Almich & Associates**<br>**26463 Rancho Parkway South**<br>**Lake Forest, CA 92630** | - | | | | | | 2,725.00 |
| Account No. <br><br>**Andrews Barth & Harrison PC**<br>**8235 Douglas Avenue**<br>**Suite 1120**<br>**Dallas, TX 75225-6011** | - | | | | | | 1,118.50 |
| Account No. <br><br>**Atmos Energy**<br>**P.O. Box 790311**<br>**Saint Louis, MO 63179-0311** | - | | | | | | 4,694.28 |
| Account No. <br><br>**Autonomy, Inc.**<br>**P.O. Box 8374**<br>**Pasadena, CA 91109-8374** | - | | | | | | 8,425.44 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      17,035.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Acquisition Company**                                    , Case No.    **14-10105**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Avis Rent A Car**<br>**7876 Collection Center Drive**<br>**Chicago, IL 60693-0078** | - | | | | | | 20,393.95 |
| Account No.<br><br>**Bellwether Software LLC**<br>**9900 Shelbyville Road**<br>**Suite 6B**<br>**Louisville, KY 40223** | - | | | | | | 500.00 |
| Account No.<br><br>**Beneke Financial Group, Inc.**<br>**11003 Whispering Wind**<br>**Suite A**<br>**San Antonio, TX 78230** | - | | | | | | 1,000.00 |
| Account No.<br><br>**Berenbaum Weinshienk PC**<br>**Republic Plaza**<br>**370 17th Street**<br>**Suite 4800**<br>**Denver, CO 80202-5693** | - | | | | | | 2,724.87 |
| Account No.<br><br>**Berger Singerman LLP**<br>**350 East Las Olas Boulevard**<br>**Suite 1000**<br>**Fort Lauderdale, FL 33301** | - | | | | | | 674.16 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,292.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Acquisition Company**                                    Case No.    **14-10105**
                                                  ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| BMC Software Inc. P.O. Box 933754 Numara Division Atlanta, GA 31193 | - | | | | | | | 2,957.39 |
| Account No. | | | | | | | | |
| Broadspire Services, Inc. Attn: 186-346944 8827 West Sam Houston Parkway N #110 Houston, TX 77040 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Campus Logic, Inc. 1325 North Fiesta Boulevard Suite 103 Gilbert, AZ 85233 | - | | | | | | | 19,539.90 |
| Account No. | | | | 11/14/2012 to 07/17/2013 | | | | |
| CDG Group, LLC 645 Fifth Avenue New York, NY 10022 | - | | | | | | | 1,126,171.99 |
| Account No. | | | | | | | | |
| Cirro Energy P.O. Box 660004 Dallas, TX 75266-0004 | - | | | | | | | 68,111.69 |

Sheet no. **3** of **19** sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)       **1,217,780.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Acquisition Company**                                    , Case No.    **14-10105**
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of North Richland Hills**<br>**P.O. Box 840552**<br>**Dallas, TX 75284-0552** | - | | | | | | **50.00** |
| Account No.<br><br>**Clearpointe Technology Inc.**<br>**P.O. Box 24810**<br>**Little Rock, AR 72221-4810** | - | | | | | | **44,000.00** |
| Account No.<br><br>**Concur Technologies, Inc.**<br>**62157 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | | | **9,143.08** |
| Account No.<br><br>**CT Corporation System**<br>**P.O. Box 4349**<br>**Carol Stream, IL 60197-4349** | - | | | | | | **5,540.26** |
| Account No.<br><br>**Curriculum Technology LLC**<br>**3520 Seagate Way**<br>**Suite 115**<br>**Oceanside, CA 92056** | - | | | | | | **7,500.00** |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **66,233.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Acquisition Company**                                    Case No.    **14-10105**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Delaware Secretary of State Division of Corporations P.O. Box 5509 Binghamton, NY 13902-5509 | - | | | | | | | 5,230.60 |
| Account No. | | | | | | | | |
| DLA Piper LLP (US) P.O. Box 75190 Baltimore, MD 21275 | - | | | | | | | 220,883.56 |
| Account No. | | | | | | | | |
| Dow Lohnes PPC 1200 New Hampshire Avenue NW #800 Washington, DC 20036-6802 | - | | | | | | | 104,624.95 |
| Account No. | | | | | | | | |
| Downing Street Communications LLC 14041 Blue River Trail Broomfield, CO 80033 | - | | | | | | | 2,419.03 |
| Account No. | | | | | | | | |
| Duane Morris LLP Attn: Payment Process 30 South 17th Street Philadelphia, PA 19103-4196 | - | | | | | | | 264,381.80 |

Sheet no. **5** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **597,539.94**

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Acquisition Company_____,   Case No. ___14-10105_____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Eaton & Wolk PL One Biscayne Tower 2 South Biscayne Boulevard Suite 3100 Miami, FL 33131 | - | | | | | | | 6,014.23 |
| Account No. | | | | | | | | |
| Eclipse & Co. Trophies & Awards 7920 Camp Bowie Boulevard West Fort Worth, TX 76116 | - | | | | | | | 2,976.88 |
| Account No. | | | | | | | | |
| ECMC Solutions Corporation P.O. Box 65826 Saint Paul, MN 55165-0826 | - | | | | | | | 2,390.00 |
| Account No. | | | | | | | | |
| EdExperts c/o BC Partners 667 Madison Avenue New York, NY 10065 | - | | | | | | | 492,190.00 |
| Account No. | | | | | | | | |
| Educational Computer Systems, Inc. 181 Montour Run Road Coraopolis, PA 15108 | - | | | | | | | 476,075.40 |

Sheet no. __6___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

979,646.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **ATI Acquisition Company**                                    ,          Case No.  **14-10105**
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Efax Corporate** **J2 Global - Attn: Betty Jung** **6922 Hollywood Boulevard** **#500** **Los Angeles, CA 90028** | - | | | | | | | | 4,053.80 |
| Account No. | | | | | | | | | |
| **Elise Scanlon Law Group** **1501 M Street** **NW 7th Floor** **Washington, DC 20005** | - | | | | | | | | 1,105.00 |
| Account No. | | | | | | | | | |
| **Elliott Electric Supply** **P.O. Box 630610** **Nacogdoches, TX 75963-0610** | - | | | | | | | | 2,641.82 |
| Account No. | | | | | | | | | |
| **Farnam Street Financial, Inc.** **240 Pondview Plaza** **5850 Opus Parkway** **Minnetonka, MN 55343** | - | | | | | | | | 617,964.50 |
| Account No. | | | | | | | | | |
| **Fenton, LLC** **P.O. Box 203181** **Dallas, TX 75320-3181** | - | | | | | | | | 667,549.96 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,293,315.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **ATI Acquisition Company**                                              Case No.  **14-10105**
_____                                      _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Ferguson Heating & Cooling P.O. Box 847411 Dallas, TX 75284-7411 | - | | | | | | | | 335.90 |
| Account No. | | | | | | | | | |
| Florida Department of Revenue 5050 West Tennessee Street Tallahasse, FL 32390-0100 | - | | | | | | | | 747.50 |
| Account No. | | | | | | | | | |
| Force One Security Solutions, LLC 2175 Manana Drive Dallas, TX 75220 | - | | | | | | | | 573.67 |
| Account No. | | | | | | | | | |
| Global Crossing Conferencing P.O. Box 790407 Saint Louis, MO 63179-0407 | - | | | | | | | | 18,924.11 |
| Account No. | | | | | | | | | |
| Goldman Sachs Credit Partners L.P. 1 New York Plaza New York, NY 10004 | - | | | | | | | | 90,000,000.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 90,020,581.18 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Acquisition Company**                                          Case No. ___**14-10105**_____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hampton Inn & Suites 3000 North Expressway Brownsville, TX 78526 | - | | | | | | 111.87 |
| Account No. | | | | | | | |
| Hart Investigations, Inc. P.O. Box 1401 Mansfield, OH 44901 | - | | | | | | 21,000.00 |
| Account No. | | | | | | | |
| Homerbonner 1200 Four Seasons Tower 1441 Brickell Avenue Miama, FL 33113 | - | | | | | | 79,532.50 |
| Account No. | | | | | | | |
| Hyatt Place Forth Worth/Hurst Attn: Mike Gleeson 1601 Hurst Town Center Drive Hurst, TX 76054 | - | | | | | | 1,338.26 |
| Account No. | | | | | | | |
| Hyatt Place OKC-NW 1511 N.W. Expressway Oklahoma City, OK 73118 | - | | | | | | 496.52 |

Sheet no. __**9**___ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              102,479.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **ATI Acquisition Company**                                                    Case No.    **14-10105**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Iron Mountain P.O. Box 915004 Dallas, TX 75391-5004 | - | | | | | | | 8,201.44 |
| Account No. | | | | | | | | |
| Joseph, Mann & Creed 2600 Chargrin Boulevard Suite 550 Shaker Heights, OH 44122 | - | | | | | | | 836.58 |
| Account No. | | | | | | | | |
| KForce Inc. and Subsidiaries P.O. Box 277997 Atlanta, GA 30384-7997 | - | | | | | | | 163,724.26 |
| Account No. | | | | | | | | |
| Kurz Group, Inc. 8333 Douglas Avenue #1370 LB21 Dallas, TX 75225 | - | | | | | | | 2,764.34 |
| Account No. | | | | | | | | |
| La Quinta Inn & Suites Houston 930 Normandy Street Houston, TX 77015 | - | | | | | | | 166.40 |

Sheet no. __10__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **175,693.02**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ATI Acquisition Company**                                    Case No.  **14-10105**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Latham & Watkins, LLP P.O. Box 894256 Los Angeles, CA 90189-4256 | - | | | | | | 363,139.13 |
| Account No. | | | | | | | |
| Learning Express, LLC 2 Rector Street 26th Floor New York, NY 10006 | - | | | | | | 14,915.00 |
| Account No. | | | | | | | |
| LexisNexis Risk Data Management Inc. P.O. Box 7247-6157 Philadelphia, PA 19170-6157 | - | | | | | | 8,359.57 |
| Account No. | | | | | | | |
| Locke Supply P.O. Box 24980 Oklahoma City, OK 73124-0980 | - | | | | | | 840.88 |
| Account No. | | | | | | | |
| Lucas Financial Staffing Inc. Box 406672 6000 Feldwood Road College Park, GA 30349 | - | | | | | | 8,596.04 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    395,850.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Acquisition Company**                                    Case No.   **14-10105**
_____,
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Martin & Sons Locksmith Inc.** <br> **2234 A West Park Row** <br> **Arlington, TX 76013** | - | | | | | | 10.00 |
| Account No. <br><br> **MaxKnowledge, Inc.** <br> **3943 Irvine Boulevard, #262** <br> **Irvine, CA 92602** | - | | | | | | 150,000.00 |
| Account No. <br><br> **Mpact Group, Inc.** <br> **4555 Broadview Court** <br> **Castle Rock, CO 80109** | - | | | | | | 2,100.00 |
| Account No. <br><br> **National Wholesale Supply, Inc.** <br> **P.O. Box 54007** <br> **Dallas, TX 75354** | - | | | | | | 0.00 |
| Account No. <br><br> **North Richland Hills Utility** <br> **Billing Department** <br> **P.O. Box 961092** <br> **Fort Worth, TX 76161-0092** | - | | | | | | 0.00 |

Sheet no. **12** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **152,110.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **ATI Acquisition Company**                                            Case No. __**14-10105**__
                                                    ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Norton Norris, Inc. <br>55 East Jackson Boulevard <br>Suite 950 <br>Chicago, IL 60604 | - | | | | | | 6,371.73 |
| Account No. **xxxx8796** <br><br>Office Depot, Inc. <br>P.O. Box 88040 <br>Chicago, IL 60680-1040 | - | | | | | | 14,376.90 |
| Account No. <br><br>OfficePartners360, Inc. <br>29 Old Wagon Road <br>Ridgefield, CT 06877 | - | | | | | | 11,620.00 |
| Account No. <br><br>Onesource Water <br>1060 North Capital Avenue <br>Suite E230 <br>Indianapolis, IN 46204 | - | | | | | | 978.89 |
| Account No. <br><br>Paula's Flowers & Gift, Etc. <br>512 Washington <br>P.O. Box 155 <br>Ryan, OK 73565 | - | | | | | | 60.23 |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,407.75

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Acquisition Company_____,    Case No. ___14-10105_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Payscale, Inc. P.O. Box 674480 Detroit, MI 48267-4480 | - | | | | | | | 19,140.00 |
| Account No. | | | | | | | | |
| Pitney Bowes Global Financial Services LLC P.O. Box 371887 Pittsburgh, PA 15250-7887 | - | | | | | | | 10,388.42 |
| Account No. | | | | | | | | |
| Pitney Bowes Inc. P.O. Box 856390 Louisville, KY 40285-6390 | - | | | | | | | 2,099.39 |
| Account No. | | | | | | | | |
| Pitney Bowes Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | | 14,845.27 |
| Account No. | | | | | | | | |
| Powers Pyles Sutter & Verville, P.C. 1501 M Street, NW 7th Floor Washington, DC 20005 | - | | | | | | | 75,030.53 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121,503.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Acquisition Company**                                    ,        Case No.   **14-10105**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PriceWaterhouseCoopers P.O. Box 952282 Dallas, TX 75395-2282 | - | | | | | | | 20,000.00 |
| Account No. | | | | | | | | |
| Rave Wireless, Inc. 50 Speen Street Suite 301 Framingham, MA 01701 | - | | | | | | | 6,982.00 |
| Account No. | | | | | | | | |
| Redman Disputes & Investigations Group 57 Paloma Drive Corte Madera, CA 94925 | - | | | | | | | 46,462.46 |
| Account No. | | | | | | | | |
| Rodey Dickason Sloan Akin & Robb P.A. P.O. Box 1888 Albuquerque, NM 87103-1888 | - | | | | | | | 311.65 |
| Account No. | | | | | | | | |
| Ropes & Gray, LLP P.O. Box 414265 Boston, MA 02241-4265 | - | | | | | | | 7,923.90 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   81,680.01

B6F (Official Form 6F) (12/07) - Cont.

In re     **ATI Acquisition Company**                                          Case No. ____**14-10105**_____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sam's Club Direct #1409** <br> **P.O. Box 530930** <br> **Atlanta, GA 30353-0930** | - | | | | | | 106.18 |
| Account No. <br><br> **Security Solutions of DFW** | - | | | | | | 753.43 |
| Account No. <br><br> **Solomon Edwards Group, LLC** <br> **P.O. Box 91053** <br> **Rochester, NY 14692-9153** | - | | | | | | 92,587.50 |
| Account No. <br><br> **Springhill Suites by Marriott** <br> **7370 North Zanjero Boulevard** <br> **Glendale, AZ 85305** | - | | | | | | 299.70 |
| Account No. <br><br> **Sterling Infosystems Inc.** <br> **P.O. Box 35626** <br> **Newark, NJ 07193-5626** | - | | | | | | 662.00 |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          94,408.81

B6F (Official Form 6F) (12/07) - Cont.

In re __ATI Acquisition Company__ , Case No. ___14-10105___
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Stifel, Nicolaus & Company Inc. One Financial Plaza 501 North Broadway Saint Louis, MO 63102 | - | | | | | | | | 161,003.34 |
| Account No. | | | | | | | | | |
| Stroock Stroock Lavan LLP 180 Maiden Lane New York, NY 10038-4982 | - | | | | | | | | 3,188,803.44 |
| Account No. | | | | | | | | | |
| Sun Life Financial P.O. Box 7247-7184 Philadelphia, PA 19170-7184 | - | | | | | | | | 13,801.79 |
| Account No. | | | | | | | | | |
| Sunrise Credit Services Inc. 260 Airport Plaza Farmingdale, NY 11735 | - | | | | | | | | 960.97 |
| Account No. | | | | | | | | | |
| Tarrant County Attn: Ron Wright, Assessor 100 East Weatherford Fort Worth, TX 76196-0001 | - | | | | | | | | 33,569.81 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 3,398,139.35

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Acquisition Company**                                          Case No.   **14-10105**
                                              Debtor
                                                           ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The Whitney Smith Company, Inc. 301 Commerce Street Suite 1950 Fort Worth, TX 76102 | - | | | | | | | 2,475.00 |
| Account No. | | | | | | | | |
| Tiger Direct P.O. Box 935313 Atlanta, GA 31193-5313 | - | | | | | | | 15,478.58 |
| Account No. | | | | | | | | |
| U-Haul International P.O. Box 52128 Phoenix, AZ 85072-2128 | - | | | | | | | 6,303.55 |
| Account No. | | | | | | | | |
| Weil, Gotshal, Manges, LLP P.O. Box 9640 Uniondale, NY 11555-9640 | - | | | | | | | 65,874.84 |
| Account No. | | | | | | | | |
| Williams & Connolly LLP Attn: Gerson Zweifach 725 Twelfth Street, N.W. Washington, DC 20005-5901 | - | | | | | | | 737,917.46 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            828,049.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **ATI Acquisition Company**                                    Case No.   **14-10105**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| **Wilmington Trust** **P.O. Box 8955** **Fees & Payments Unit** **Wilmington, DE 19899-8955** | | - | | | | | | 76,200.00 |
| Account No. | | | | | | | | |
| **Workplace Answers, LLC** **Department 2268** **P.O. Box 122268** **Dallas, TX 75312-2268** | | - | | | | | | 9,995.00 |
| Account No. | | | | | | | | |
| **Xerox Corporation** **P.O. Box 827598** **Philadelphia, PA 19182-7598** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 86,195.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 102,356,055.57 |

B6G (Official Form 6G) (12/07)

In re    **ATI Acquisition Company**                                              Case No.    __14-10105__

                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **ATI Acquisition Company**                                    Case No. _____**14-10105**_____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ability Holdings, Inc.**<br>**c/o CDG Group LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |
| **ATI Enterprises of Florida, Inc.**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |
| **ATI Enterprises, Inc.**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |
| **E&K Vocational Nursing Program, Inc.**<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  __ATI Acquisition Company__ _____    Case No. _____

_____
Debtor(s)    Chapter    __7__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Interim Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___1·21·3014_____    Signature _____

    __Michael F. Gries__
    __Interim Chief Executive Officer__

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.